IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAROUTUN MIROYAN,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN DERHAM-BURK,<br><br>Defendant. | Case No. 23-cv-00868-CRB<br><br>**ORDER TO SHOW CAUSE** |

On September 22, 2022, Michael Haroutun Miroyan ("Miroyan") appealed the denial of his motion to recuse Bankruptcy Judge Stephen L. Johnson. See dkt. 1. On February 27, 2023, that notice of appeal was docketed in this Court, and a scheduling order was filed, directing the parties to perfect the record, and directing appellant to file his principal brief within 30 days after the docketing of notice that the record has been transmitted. See dkts. 1–2. On March 30, 2023, the clerk filed a notice indicating that Miroyan had failed to perfect his appeal, and no designation of items or statement of issues has since been filed. See dkt. 4. Under Federal Bankruptcy Rule 8009, the designation and statement must be filed within 14 days, Fed. R. Bankr. P. 8009(a)(1)(B), and this appeal has been docketed for two months.

The Court hereby orders Miroyan to show cause within 21 days of this order why this appeal should not be dismissed for failure to prosecute. Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: April 26, 2023



CHARLES R. BREYER
United States District Judge