IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Haroutun Miroyan,<br><br>    Plaintiff,<br><br>    v.<br><br>Devin Derham-Burk,<br><br>    Defendant. | Case No. 23-cv-00868-CRB<br><br>**ORDER DISMISSING APPEAL** |

On April 26, 2023, the Court ordered Appellant Michael Miroyan ("Miroyan") to show cause by May 17, 2023 why his appeal should not be dismissed for failure to prosecute. See OSC (dkt. 5). The Court warned that "[f]ailure to respond to this order will result in dismissal of this action with prejudice." Id. Miroyan has failed to respond. Accordingly, this appeal is DISMISSED.

**IT IS SO ORDERED.**

Dated: May 26, 2023

CHARLES R. BREYER
United States District Judge